IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHELLY FELBERMAYER and
ARNOLD FELBERMAYER                                                              PLAINTIFFS

v.                                    4:10CV1551-BRW

CITIMORTGAGE, INC. and
FIRST AMERICAN FLOOD DATA
SERVICES, INC.                                                                  DEFENDANTS

## ORDER

Pending is Separate Defendant Corelogic Flood Services, LLC's (f/k/a First American Flood Data Services, Inc.) Fifth Unopposed Motion for Extension of Time (Doc. No. 11). Plaintiffs and Corelogic have reached a settlement and are currently preparing the appropriate documentation.

The Motion is GRANTED. Accordingly, Separate Defendant Corelogic Flood Services will have up to and including March 10, 2011, to answer or otherwise plead in response to the Complaint.

IT IS SO ORDERED this 11th day of February, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE